# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHARLIE LAWSON,<br><br>　　　　Plaintiff<br><br>v.<br><br>DETECTIVE MUNLEY, et al<br><br>　　　　Defendants | CIVIL ACTION NO. 3:16-CV-512<br><br>(MARIANI, J.)<br>(MEHALCHICK, M.J.) |

## ORDER

**AND NOW, 23rd** day of **May, 2019, IT IS HEREBY ORDERED**, having heard from the parties on today's status conference and counsel for the Plaintiff having indicated that he must withdraw as counsel due to a conflict, this matter is hereby stayed for an additional 20 days so that new counsel may be entered on behalf of Plaintiff.

Dated: May 23, 2019

　　　　　　　　　　　　　　　　　　　　　　　*s/ Karoline Mehalchick*
　　　　　　　　　　　　　　　　　　　　　　　**KAROLINE MEHALCHICK**
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge